IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated association, | ) ) ) |
| Plaintiff | ) C.A. No. 05-57E ) |
| v. | ) JURY TRIAL DEMANDED ) |
| PATRICK H. SCHWINDT, an adult individual, | ) ) ) |
| Defendant/Third Party Plaintiff | ) ) |
| v. | ) ) |
| GEORGE HEPLER, DAVID SCHICK, AND DUANE WILLEY | ) ) ) |
| Third-Party Defendants | ) |

## NOTICE OF APPEAL

Notice is hereby given that Patrick H. Schwindt, Defendant/Third Party Plaintiff above named, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on the 27th day of June, 2005.

Respectfully submitted,

**AMBROSE, FRIEDMAN and WEICHLER**

BY _____
Philip B. Friedman, Esquire
Attorney for Defendant/Third Party Plaintiff
319 West 8th Street
Erie, Pennsylvania 16502
814/452-3069
Supreme Court I.D. # 27554

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Appeal was served by United States First Class Mail, postage prepaid, upon:

Richard Lanzillo, Esquire
Counsel for Zem Zem Shriners
120 West 10th Street
Erie, Pennsylvania 16501

John Fessler, Esquire
Counsel for George Hepler
300 State Street - Suite 300
Erie, Pennsylvania 16507

David Schick
628 Glenruadh Avenue
Erie, PA 16505

Duane Willey
10170 Crane Street
Cranesville, PA 16410

_____
Philip B. Friedman, Esquire

Date: July 7, 2005