CA05-57E

```
        UNITED STATES
       DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

     # 00500427 - NK NK
         July 7, 2005

  Code    Case #    Qty     Amount

  APPEAL 0 05-57e ca   1 @ 255.00
                           255.00 CH


  TOTAL->              255.00


  FROM: AMBROSE FRIEDMAN WEICHLER
```