# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZemZem Shriners )
_____ )
**Plaintiff** )
)
)  No. 05-57 Erie
vs. )
Schwindt )
_____ )
**Defendant** )

**HEARING ON** Mtn to Quash/Modify Subpoena

**Before Judge** Sean J McLaughlin

Rich Lanzillo, ESG         Phil Friedman, ESG

**Appear for Plaintiff**        **Appear for Defendant**

Hearing begun 9:00 6-27-05    Hearing adjourned to _____

Hearing concluded C.A.V. 9:30    Stenographer Ron Bench

CIK: RL Humphrey

**WITNESSES:**

For Plaintiff          For Defendant

Mtn to Quash/Modify Subpoena
[DOC NO 10] DENIED & [DOC NO 13] DENIED