IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated association, | ) ) ) |
| Plaintiff | ) C.A. No. 05-57E ) |
| v. | ) JURY TRIAL DEMANDED ) |
| PATRICK H. SCHWINDT, an adult individual, | ) ) ) Electronically Filed |
| Defendant/Third Party Plaintiff | ) ) |
| v. | ) ) |
| GEORGE HEPLER, DAVID SCHICK, AND DUANE WILLEY | ) ) ) |
| Third-Party Defendants | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, it is hereby ORDERED that the defendant's Motion to Stay this Court's Order of June 27, 2005 denying the defendant's Motion to Quash is hereby granted. The stay shall be in effect pending review by the United States Court of Appeals for the Third Circuit.

_____
.                                                                          Sean J. McLaughlin, Judge