IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated associated,<br>　　　　Plaintiff<br><br>　　v.<br><br>PATRICK H. SCHWINDT, an adult individual,<br>　　　　Defendant/Third Party Plaintiff<br><br>　　v.<br><br>GEORGE HEPLER, DAVID SCHICK, and DUANE WILLEY,<br>　　　　Third Party Defendants | C.A. NO. 05 - 57E<br><br>Electronically Filed |

### ORDER

AND NOW, this _____ day of July, 2005, it is hereby ORDERED that the third party defendant, George Hepler's, Motion for an Extension of Time in Which to File a Response to the Third Party Complaint is GRANTED and George Hepler has until August 10, 2005 in which to respond to the Third Party Complaint.

BY THE COURT:

_____
The Honorable Sean J. McLaughlin