IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZEM ZEM SHRINERS, A.A.O.N.M.S.,           )
an unincorporated association,            )
        Plaintiff                   )
                                          )
    v.                                   )          C.A. No. 05-57E
                                          )
PATRICK H. SCHWINDT,                      )          JURY TRIAL DEMANDED
an adult individual,                      )
        Defendant/Third-Party Plaintiff )
                                          )
    v.                                   )
                                          )
GEORGE HEPLER, DAVID SCHICK and           )
DUANE WILLEY,                             )
        Third-Party Defendants      )

## <u>APPEARANCE</u>

Please enter our appearance for Duane Willey, Third-Party Defendant.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By:    s/Gary Eiben
       Gary Eiben
       Pa. I.D. No. 26375
       456 West Sixth Street
       P. O. Box 1757
       Erie, PA 16507-0757
       Phone: (814) 456-5318
       Fax:   (814) 456-3840
       E-mail:  geiben@tmgattys.com

       Attorneys for Third-Party Defendant,
       Duane Willey

F:\CFD\3000\3039 (Willey)\Appearance.doc