FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., ) <br> an unincorporated association, ) <br>     Plaintiff ) <br> ) <br> v. ) <br> ) <br> PATRICK H. SCHWINDT, ) <br> an adult individual, ) <br>     Defendant/Third-Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> GEORGE HEPLER, DAVID SCHICK and ) <br> DUANE WILLEY, ) <br>     Third-Party Defendants ) | C.A. No. 05-57E <br><br> JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, to-wit, this ____ day of _____, 2005, upon consideration of the Motion to Dismiss filed pursuant to Rule 12(b)(6) by Third-Party Defendant, Duane Willey, it is hereby ordered, adjudged and decreed that the motion is granted and the complaint against Duane Willey is hereby dismissed.

 

                                                        _____
                                                        Sean J. McLaughlin
                                                        United States District Judge