IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated association, <br>     Plaintiff <br><br> v. <br><br> PATRICK H. SCHWINDT, an adult individual, <br>     Defendant/Third-Party Plaintiff <br><br> v. <br><br> GEORGE HEPLER, DAVID SCHICK and DUANE WILLEY, <br>     Third-Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 05-57E <br><br> JURY TRIAL DEMANDED |

## **ORDER**

AND NOW, to-wit, this ____ day of _____, 2005, it is hereby ordered that a brief in support of the Motion to Dismiss filed by the Third-Party Defendant, Duane Willey, be filed on or before _____ and any brief in opposition to the motion be filed on or before _____.

 

_____
Sean J. McLaughlin
United States District Judge

F:\CFD\3000\3039 (Willey)\Order 2.doc