IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated association,<br>       Plaintiff<br><br>       v.<br><br>PATRICK H. SCHWINDT, an adult individual,<br>       Defendant/Third-Party Plaintiff<br><br>       v.<br><br>GEORGE HEPLER, DAVID SCHICK and DUANE WILLEY,<br>       Third-Party Defendants | C.A. No. 05-57E<br><br>JURY TRIAL DEMANDED |

# Certificate of Service

The undersigned hereby certifies that a true and correct copy of Third-Party Defendant Duane Willey's Motion to Dismiss was served upon the following parties on the 2nd day of August, 2005, by first class, United States mail, postage pre-paid:

Richard A. Lanzillo, Esquire
Knox, McLaughlin, Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
*Attorney for Plaintiff*

Philip B. Friedman, Esquire
Ambrose, Friedman & Weichler
319 West 8th Street
Erie, PA 16502-1495
*Attorney for Defendant/Third-Party Plaintiff*
*Patrick H. Schwindt*

Ritchie T. Marsh, Esquire
John B. Fessler, Esquire
Marsh Spaeder Baur Spaeder & Schaaf
300 State Street, Suite 300
Erie, PA 16507
*Attorneys for Third-Party Defendant*
*George Hepler*

Mr. David Schick
628 Glenruadh Avenue
Erie, PA 16505
*Third-Party Defendant*

Respectfully submitted,

THE McDONALD GROUP, L.L.P.


By:      s/Gary Eiben
     Gary Eiben
     Pa. I.D. No. 26375
     456 West 6th Street
     P.O. Box 1757
     Erie, PA  16507-0757
     Phone:  (814) 456-5318
     Fax:      (814) 456-3840
     E-mail:  geiben@tmgattys.com

     Attorneys for Third-Party Defendant,
     Duane Willey