IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZEM ZEM SHRINERS, A.A.O.N.M.S., an unincorporated association, | ) Docket No. 05-57E <br> ) (Judge McLaughlin) <br> ) |
| Plaintiff, | ) ELECTRONICALLY FILED PLEADING <br> ) |
| vs. | ) JURY TRIAL DEMANDED <br> ) |
| PATRICK H. SCHWINDT, an adult individual, | ) VOLUNTARY DISMISSAL <br> ) <br> ) Filed on behalf of: Zem Zem Shriners, |
| Defendant | ) A.A.O.N.M.S. <br> ) <br> ) Counsel of record for this party: <br> ) <br> ) Richard A. Lanzillo, Esq. <br> ) Knox McLaughlin Gornall <br> ) & Sennett, P.C. <br> ) 120 West 10th Street <br> ) Erie, PA 16501 <br> ) Telephone (814) 459-2800 <br> ) Facsimile (814) 453-4530 <br> ) Email rlanzillo@kmgslaw.com <br> ) PA53811 <br> ) Attorneys for plaintiff, <br> ) Zem Zem Shriners, A.A.O.N.M.S. |

-2-

## VOLUNTARY DISMISSAL

Plaintiff, Zem Zem Shriners, A.A.O.N.M.S., through its counsel, Knox McLaughlin Gornall & Sennett, P.C., hereby dismisses the above-captioned action with prejudice pursuant to F.R.C.P. 41(a).

    Respectfully submitted,

    KNOX McLAUGHLIN GORNALL &
    SENNETT, P.C.


    BY: /s/ Richard A. Lanzillo, Esq.
        Richard A. Lanzillo, Esquire
        120 West Tenth Street
        Erie, PA  16501
        Telephone (814) 459-2800
        Facsimile (814) 453-4530
        Email rlanzillo@kmgslaw.com
        PA53811

    Attorneys for Plaintiff,
    Zem Zem Shriners

# 715824